UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM OZTURK,<br><br>                Petitioner,<br><br>        v.<br><br>TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; CHRISTOPHER CHESTNUT, in his official capacity as Warden/Facility Director of Golden State Annex; Secretary of Homeland Security; Attorney General of the United States,<br><br>                Respondents. | Case No.  1:26-cv-03484 (VC)<br><br>**ORDER RE PETITION FOR WRIT OF HABEAS CORPUS AND TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. Nos. 1, 2 |

The Court intends to rule directly on the Petition for Writ of Habeas Corpus ("Petition"). *See* Fed. R. Civ. P. 65(a)(2) ("Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing."); 28 U.S.C. § 2243 ("The court shall summarily hear and determine the facts, and dispose of [a petitioner's habeas petition] as law and justice require."); *Dzhabrailov v. Decker*, No. 20-cv-03118-PMH, 2020 WL 2731966, at *4 (S.D.N.Y. May 26, 2020) (considering preliminary injunction and merits of habeas petition simultaneously). Respondents shall file a response to the Petition within three (3) calendar days from the date of this Order. Any response must include the Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, and any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition. Failure to timely respond shall be construed as a non-opposition. *See* L.R. 230(c). Petitioner may file a Reply within five (5) calendar days from the date of this Order. This matter is not set for a hearing though the Court may set one should it later be determined that a hearing is necessary. Counsel for Respondents shall promptly enter notices of appearance.

In the interim, Respondents are prohibited from deporting the Petitioner or removing him from the Eastern District of California while the TRO and Petition are pending. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction.").

**IT IS SO ORDERED.**

Dated: May 6, 2026

_____
VINCE CHHABRIA
United States District Judge